FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 7 2005

JAMES W. McCORMACK, CLERK
By: R. Cailan
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 4:05CR00332
)
)
NATHANIEL SMITH IV ) 18 U.S.C. §922(g)(1)
) 18 U.S.C. §924(c)(1)
) 18 U.S.C. §§ 3013 & 3571
)

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about May 19, 2005, in the Eastern District of Arkansas, and elsewhere,

### NATHANIEL SMITH IV,

having previously been convicted by the Circuit Court of Pulaski County, Arkansas in docket # 1993-1515, of Possession of a Controlled Substance, a Class C felony, and in docket # 2004-1824, of Aggravated Assault- Family Member, a Class D felony and Felon in Possession of a Firearm, a Class B felony, crimes punishable by imprisonment for a terms exceeding one year, did knowingly and intentionally possess, in and affecting interstate commerce, a firearm, to wit: a Keltec, model P-32, .32 caliber pistol bearing serial number 26075, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

#### COUNT TWO

On or about May 19, 2005 in the Eastern District of Arkansas, the defendant,

### NATHANIEL SMITH IV,

did knowingly possessed a firearm, which had been transported in interstate commerce, a Keltec, model P-32, .32 caliber pistol bearing serial number 26075 during and relation to a drug trafficking crime for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED)

