IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO.  4:05CR00332 WRW |
| | ) |
| NATHANIEL SMITH, IV | ) |

### UNITED STATES' MOTION TO REVOKE BOND

The United States of America, by and through its attorney, Bud Cummins, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant United States Attorney for said District, for its Motion, respectfully states:

1.  On April 28, 2006, the defendant, Nathaniel Smith, IV, was released pending trial provided that he comply with certain conditions of release.

2.  The United States respectfully requests that a warrant be issued for Smith's arrest and that Smith's bond be revoked for the reasons set forth in the petition for action on conditions of pre-trial release signed and executed on May 4, 2006, by Rodney Seals, the contents of which are incorporated herein by reference.

THEREFORE, the United States respectfully requests that a hearing be set and that the defendant be required to show cause why his bond should not be revoked pending trial.

 Respectfully submitted,

 BUD CUMMINS
 UNITED STATES ATTORNEY

 /s/ Edward O. Walker
 By: EDWARD O. WALKER
 Assistant U.S. Attorney
 P.O. Box 1229
 Little Rock, AR 72203
 501-340-2600

-2-

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 4th day of May, 2006, I filed the foregoing with the district clerk's electronic filing system and same will forward a copy of the defendant's attorney of record..

              /s/ Edward O. Walker
              EDWARD O. WALKER