IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:05CR00332-01 WRW |
| | ) | |
| NATHANIEL SMITH IV | ) | |

**MOTION TO AWARD THIRD POINT FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through United States Attorney Tim Griffin and Assistant United States Attorney Edward O. Walker, moves the Court for an order granting the defendant a third point for acceptance of responsibility under United States Sentencing Guideline 3E1.1(b), as amended by Section 401(g) of the PROTECT Act.[1]  For grounds, the Government states:

1.   The defendant was charged by Indictment on December 7, 2005.

2.   Since initially being charged, the defendant has assisted authorities in the investigation and prosecution of his own misconduct by pleading guilty, which guilty plea was accepted by this Court on October 11, 2006.

3.   The applicable offense level under the United States Sentencing Guidelines is 16 or greater and the defendant qualifies for acceptance of responsibility under § 3E1.1 for his offense.

4.   As a result of the defendant's timely guilty plea, the Government was able to avoid preparing for trial.

---

[1]The Act is fully entitled "Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act of 2003" and was signed into law by President George W. Bush on April 30, 2003.

5.	Further because of the defendant's plea of guilty the Government and the Court were able to allocate their resources efficiently, and he should be awarded an additional third point for his acceptance of responsibility under U.S.S.G. § 3E1.1(b).

WHEREFORE, for the above reasons, the Government requests that the Court award the defendant an additional third point for acceptance of responsibility under U.S.S.G. § 3E1.1(b).

Respectfully submitted,

TIM GRIFFIN
UNITED STATES ATTORNEY


/s/   Edward O. Walker
By: EDWARD O. WALKER
Assistant U.S. Attorney
Attorney for U.S. Attorney's Office
P.O. Box 1229, Little Rock, AR 72203
501/340-2600
edward.o.walker@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to defendant's attorney of record.

/s/ Edward O. Walker
EDWARD O. WALKER