PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 21 2012

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

Name of Offender: Nathaniel Smith IV                Case Number: 4:05CR00332-001 BRW

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                       Senior United States District Judge

Offense:              Felon in Possession of a Firearm

Date of Sentence:     February 15, 2007

Sentence:             50 months Bureau of Prisons, 3 years supervised release, substance abuse
                      treatment, mandatory drug testing, mental health counseling, and $100 special
                      penalty assessment

Type of Supervision:  Supervised release        Date Supervision Commenced: December 24, 2009
                                                Expiration Date: December 23, 2012

Asst. U.S. Attorney: Edward O. Walker           Defense Attorney: To Be Appointed

Mental Health Treatment Specialist: Tabitha L. Mitchell
Phone No.: 501-604-5277

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition        Nature of Noncompliance

General          **The defendant shall refrain from any unlawful use of a controlled substance.**
                 Mr. Smith reported to the probation office and submitted urine samples which were
                 confirmed positive for marijuana by Alere Laboratories on the following dates: July 7,
                 15, and 26, 2010; November 4 and 9, 2010; December 2, 10, and 16, 2010; January 6, 13,
                 and 26, 2011; November 30, 2011; and January 27, 2012.

                 Mr. Smith reported to the probation office and submitted urine samples which were
                 confirmed positive for marijuana and opiates by Alere Laboratories on the following
                 dates: March 3, 2011; September 29, 2011; November 8, 2011; January 10, 2012;
                 February 15 and 24, 2012.

                 Mr. Smith reported to the probation office and submitted urine samples which were
                 confirmed positive for opiates by Alere Laboratories on the following dates: February 2
                 and 17, 2011; May 31, 2011; October 25, 2011; and December 7, 2011.

                 On November 3, 2011, Mr. Smith reported to the probation office and submitted a urine
                 sample which was confirmed positive for marijuana, opiates, and PCP.

Prob 12C -2- Petition for Summons for
Offender Under Supervision

Name of Offender: Nathaniel Smith IV          Case Number: 4:05CR00332-001 BRW

> Mr. Smith reported to the probation office and submitted diluted urine samples on November 24, 2010, and February 15, 2012.

**Special**  **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.**
On May 14, 2010, and March 9, 2011, Mr. Smith failed to report to the probation office for drug testing.

It is requested that a summons be issued and a revocation hearing held. A CJA 23, Financial Affidavit, has been completed. Mr. Smith was previously represented by Assistant Federal Public Defender Bruce Eddy. The Government is represented by Assistant U.S. Attorney Edward O. Walker.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on March 15, 2012

_____          _____
Tabitha L. Mitchell                              Edward O. Walker
Mental Health Treatment Specialist               Assistant U.S. Attorney

Date:  March 8, 2012                             Date:  MARCH 21, 2012

---

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

TLM/jkr

c: Assistant U.S. Attorney, Edward O. Walker, P.O. Box 1229, Little Rock, AR 72203