IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No.  4:05CR00332 BRW |
| | ) | |
| | ) | |
| NATHANIEL SMITH, IV | ) | |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, through Christopher R Thyer, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant U.S. Attorney for said district, respectfully request that defendant's supervised release be revoked.

1. Defendant has failed to obtain and maintain sufficient phone service as ordered by the District Court, due to this, probationer has had a difficult time in maintaining contact with the defendant.

2. Counting the date of the revocation hearing, the defendant has had two positive drug screens, on June 6, 2012 and again on June 18, 2012.

3. The defendant has made it arduous for his supervision officer to supervise, generally non-complaint and unavailable since July 1, 2012.

Therefore, pursuant to Title 18, U.S.C. § 3148, the United States respectfully submits that the defendant has violated his conditions of release and requests that a summons be issued for defendant for a bond revocation hearing, that his bond be revoked.

CHRISTOPHER R. THYER
United States Attorney

/s/: Edward O. Walker
EDWARD O. WALKER  (2000076)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
edward.o.walker@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the attorney for the defendant.

      Chris Tarver
      Assistant Federal Public Defender

                               /s/   Edward   O.   Walker
                               EDWARD O. WALKER